1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                       EASTERN DISTRICT OF CALIFORNIA

8    SHARON RENEE HILL,                    )    1:11-cv-00464 LJO GSA
                                           )
9              Plaintiff,                   )    **ORDER DIRECTING CLERK**
                                           )    **TO SEAL DOCUMENT**
10        v.                                )    (Doc. 35)
                                           )
11   KOHL'S DEPARTMENT STORES, INC.,        )
                                           )
12                                          )
               Defendant.                   )
13   _____ )

14

15        Upon review of the docket and Defendant's filing of its Confidential Settlement

16   Conference Statement on November 22, 2011 (Doc. 35), the Court hereby ORDERS that this

17   document be FILED UNDER SEAL pursuant to Local Rules 141(a) and 270(d), as well as the

18   Scheduling Order filed July 21, 2011, wherein it was noted that confidential settlement

19   conference statements "should neither be filed with the clerk of the Court nor served on any other

20   party." (Doc. 22 at 4, emphasis in original.)  Furthermore, the undersigned directed Defendant

21   "to e-mail a Confidential Settlement Conference Statement."  (Doc. 33 at 2.)  Defendant has

22   never been directed to e-file a confidential settlement conference statement on this Court's

23   docket.

24        By this order, the Court DIRECTS the Clerk of the Court to file this document under seal.

25   IT IS SO ORDERED.

26   **Dated:    November 23, 2011**          _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
27

28                                    1