# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON RENEE HILL, ) | 1:11-cv-00464 LJO GSA |
| )   Plaintiff, ) | **ORDER DIRECTING CLERK** |
| ) | **TO SEAL DOCUMENT** |
| v. ) | (Doc. 35) |
| ) | |
| KOHL'S DEPARTMENT STORES, INC., ) | |
| ) | |
| )   Defendant. ) | |

Upon review of the docket and Defendant's filing of its Confidential Settlement Conference Statement on November 22, 2011 (Doc. 35), the Court hereby ORDERS that this document be FILED UNDER SEAL pursuant to Local Rules 141(a) and 270(d), as well as the Scheduling Order filed July 21, 2011, wherein it was noted that confidential settlement conference statements "<u>should neither be filed with the clerk of the Court nor served on any other party</u>." (Doc. 22 at 4, emphasis in original.)  Furthermore, the undersigned directed Defendant "to e-mail a Confidential Settlement Conference Statement." (Doc. 33 at 2.)  Defendant has never been directed to e-file a confidential settlement conference statement on this Court's docket.

By this order, the Court DIRECTS the Clerk of the Court to file this document under seal. IT IS SO ORDERED.

**Dated:   November 23, 2011**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE