David V. Roth, SBN#194648
Matthew P. C. Noel, SBN#242172
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:    (415) 217-6999

Attorneys for Defendant,
KOHL'S DEPARTMENT STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON RENEE HILL,<br><br>           Plaintiffs,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>           Defendants. | Case No.: 1:11-cv-00464 GSA<br><br>**ORDER ENTERING DISMISAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed: March 2, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Defendant KOHL'S DEPARTMENT STORES, INC. ("defendant") and plaintiff SHARON RENEE HILL ("plaintiff") filed a Stipulation for Dismissal on February 8, 2012, pursuant to FRCP 41(a)(1). The Court, having reviewed the Stipulation and good cause having been shown,

   IT IS HEREBY ORDERED AS FOLLOWS:

   Plaintiff's Complaint is dismissed with prejudice. Each party is to bear its own fees and costs.

   IT IS SO ORDERED.

   **Dated:   February 8, 2012**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE