David V. Roth, SBN#194648
Matthew P. C. Noel, SBN#242172
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER** LLP
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:    (415) 217-6990
Facsimile:     (415) 217-6999

Attorneys for Defendant,
KOHL'S DEPARTMENT STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON RENEE HILL, | Case No.: 1:11-cv-00464 GSA |
| Plaintiffs, | |
| vs. | **ORDER ENTERING DISMISAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendants. | Complaint Filed: March 2, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant KOHL'S DEPARTMENT STORES, INC. ("defendant") and plaintiff SHARON RENEE HILL ("plaintiff") filed a Stipulation for Dismissal on February 8, 2012, pursuant to FRCP 41(a)(1). The Court, having reviewed the Stipulation and good cause having been shown,

IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff's Complaint is dismissed with prejudice. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

**Dated:   February 8, 2012**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

-1-    K:\GSA\To_Be_Signed\11cv464.Hill.O re Stipulated Dismissal.sh.wpd

[PROPOSED] ORDER ENTERING DISMISSAL OF PLAINTIFF'S COMPLAINT